# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CARLOS MANRIQUEZ-AVILES, JORGE ANTONIO ALONZO-LOPEZ, ROMAN LAZCANO-ACOSTA, AMERICA SAUCEDO-MORENO, and LOURDES PEREZ-SAUCEDO, <br><br> Defendants. | 8:17CR375 <br><br> ORDER |

This matter is before the Court on the government's Motion to Dismiss Forfeiture Allegation (Filing No. 189) of the Superseding Indictment (Filing No. 57). Upon careful review of the government's motion and the record in this case, the Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion to Dismiss Forfeiture Allegation (Filing No. 189) is granted.
2. The Forfeiture Allegation of the Superseding Indictment (Filing No. 57) is dismissed.

Dated this 16th day of April 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge